|  | IN THE |
|---|---|
| * | |
| * | SUPREME COURT |
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF EVAN J. KRAME TO THE BAR OF MARYLAND | |
| * | OF MARYLAND |
| * | AG No. 65 |
| * | September Term, 2022 |
| * | |

O R D E R

Upon consideration of the Petition for Reinstatement, filed by Evan J. Krame on May 19, 2023, and the response to the petition filed by the Attorney Grievance Commission in which it consents to the Petitioner's reinstatement, it is this 21st day of June 2023,

ORDERED, by the Supreme Court of Maryland, pursuant to Maryland Rules 19-752(f)(1) and 19-751(e)(1), that the petition is GRANTED; and it is further

ORDERED, that Evan J. Krame is reinstated as a member of the Bar of Maryland; and it is further

ORDERED, that the Clerk of the Court shall replace the name Evan J. Krame upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Shirley M. Watts
Senior Justice



Gregory Hilton, Clerk